**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   1:17-cv-20092-DPG**

NIKI LIVINGSTON

      Plaintiff,

vs.

CITY OF MIAMI BEACH,
OFFICER JESUS DOMINGUEZ, and
OFFICER MICHELLE SAYEGH,

      Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      COMES NOW the Plaintiff, NIKI LIVINGSTON, and the Defendants CITY OF MIAMI BEACH, OFFICER JESUS DOMINGUEZ, and OFFICER MICHELLE SAYEGH, by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, stipulate to the dismissal of this action as against said Defendants, with prejudice, each party to bear its own costs and attorney's fees.

      Dated: September 24, 2018.

Case No.: **1:17-cv-20092-DPG**

| | |
|---|---|
| **RUDENBERG & GLASSER, P.A.**<br>633 S.E. 3rd Avenue, Suite 4F<br>Ft. Lauderdale, FL 33301<br>954-463-9518<br>Fax: 954-463-1245<br>*Attorneys for Plaintiff*<br>Email: erudenberg@gmail.com<br>    michaelglasserlaw@gmail.com<br>    rudenbergandglasserlaw@gmail.com<br><br>By: s/ Eric S. Rudenberg<br>    Eric S. Rudenberg, Esq.<br>    Florida Bar No.: 81992 | **City of Miami Beach**<br>**City Attorney's Office**<br>1700 Convention Center Drive, Fourth Floor<br>Miami Beach, Florida 33139<br>305-673-7470<br>Fax: 305-673-7002<br>*Attorney for DEFENDANT CITY OF MIAMI BEACH*<br>Email: robertrosenwald@miamibeachfl.gov<br><br>By: s/ Robert F. Rosenwald, Jr.<br>    Robert F. Rosenwald, Jr., Esq.<br>    Florida Bar No.: 190039 |
| **Robert L. Switkes & Associates P.A.**<br>407 Lincoln Road, Penthouse S.E.<br>Miami Beach, Florida 33139<br>305-534-4757<br>Fax: 305-538-5504<br>*Attorney for DEFENDANT OFFICER JESUS DOMINGUEZ and DEFENDANT OFFICER MICHELLE SAYEGH*<br>Email: bzappala@switkeslaw.com<br><br>By: s/ Bradley Francis Zappala<br>    Bradley Francis Zappala, Esq.<br>    Florida Bar No.: 111829 | |